FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983, WITH JURISDICTION UNDER 28 U.S.C. § 1343

2026 NOV 12 P 4: 37

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

Keith D. Thompson
**[Enter above the full name of the plaintiff in this action]**

**v.** **Docket No.**

Somerset County Jail et Al.
Franklin County Jail et al.
AKA Franklin County Detention Center et Al
**[Enter above the full name of the defendant(s) in this action]**

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes [ ] No [X]

B. If your answer to "A" is yes, describe the lawsuit in the space below. [If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline]

1. Parties to this previous lawsuit

Plaintiff(s) ______________________

Defendant(s) ______________________

2. Court [If federal court, name the district; if state court, name the county]

______________________

3. Docket number ______________________

4. Name of judge whom case was assigned______________________

5. Outcome [for example: It is still pending? Was it dismissed? Was it appealed] ____

6. Approximate date of filing lawsuit ____

7. Approximate date of outcome ____

II. Place of present confinement Somerset County Jail

A. Is there a prisoner grievance procedure in this institution?
Yes [X] No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [X] No [ ]

C. If your answer is "Yes"

1. What steps did you take? Multiple inmate requests, inmate grievances, medical requests, and letters to both jails and maine dental and medical.

2. What was the result? Ignored/delayed responses and action, causing permanent damage from injuries

III. Parties

[In item "A" below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.]

A. Name of Plaintiff Keith D. Thompson

Address 131 East Madison Rd., Madison, ME, 04950

[In item "B" below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item "C" for the names, positions, and places of employment of any additional defendants.]

**B. Name of Defendant** Somerset County Jail et Al.

**Position** Jail and medical staff

**Address** 131 East Madison Rd, Madison, ME, 04950

**C. Additional Defendant(s)** Franklin County Jail et Al

Jail and medical staff
121 County Way, Farmington, ME, 04938
AKA Franklin County Detention Center et Al.

IV. **Statement of Claim**

**[State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.]**

Submitted multiple verbal and written requests regarding a hostile and violent inmate. Requests went unanswered and ignored and I was assaulted by said inmate. I incurred severe injuries. Requests for treatment went ignored or delayed to the point of injuries becoming non-repairable and permanent. This is noted by proffessionals.

V. Relief

[State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.]

Plaintiff seeks:

- compensatory damages
- declatory relief
- injunctive relief (if applicable)
- Any other relief the court deems just and proper.

[signature]
Signature of Plaintiff

Signed this 04 day of November, 2026

I declare under penalty of perjury that the foregoing is true and correct.

11/04/2026
Date

[signature]
Signature of Plaintiff